DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CYNTHIA RODRIGUEZ** and **MIGUEL RODRIGUEZ,**
Appellants,

v.

**DEUTSCHE BANK NATIONAL TRUST,**
Appellee.

No. 4D16-2187

[July 6, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Judge; L.T. Case No. CACE15012903.

Nicole R. Moskowitz of Neustein Law Group, P.A., Aventura, for appellants.

Adam B. Leichtling and Alejandra Arroyave Lopez of Lapin & Leichtling, LLP, Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, KLINGENSMITH, JJ., and METZGER, ELIZABETH A., Associate Judge, concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***